IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michael P. Wagner,                                    :
                                                      :
              Plaintiff(s),                           :
                                                      :   Case Number: 1:10cv784
       vs.                                            :
                                                      :   Chief Judge Susan J. Dlott
Commissioner of Social Security,                      :
                                                      :
              Defendant(s).                           :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Karen L. Litkovitz filed on September 26, 2011 (Doc. 15), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired October 14, 2011, hereby

ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner is **REVERSED AND REMANDED** for

further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.


     s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court