IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michael P. Wagner,                              :
                                                :
     Plaintiff(s),                              :
                                                :  Case Number: 1:10cv784
   vs.                                          :
                                                :  Chief Judge Susan J. Dlott
Commissioner of Social Security,                :
                                                :
     Defendant(s).                              :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on April 11, 2012 (Doc. 19), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 30. 2012, hereby ADOPTS said Report and Recommendation.

Accordingly, the Court **ORDERS** that the EAJA fee petition is **GRANTED** and that plaintiff is **AWARDED** $2,465.00 in attorney fees and $350.00 in costs for a total of award of $2,815.00.

IT IS SO ORDERED.

                                                                                                 s/Susan J. Dlott
                                                                                             Chief Judge Susan J. Dlott
                                                                                             United States District Court