IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michael Wagner,  :
　　　　　　　　　　　　　　　　　　　　:
　　　　Plaintiff(s),  :
　　　　　　　　　　　　　　　　　　　　:　Case Number: 1:10cv784
　　vs.  :
　　　　　　　　　　　　　　　　　　　　:　Chief Judge Susan J. Dlott
Commissioner of Social Security,  :
　　　　　　　　　　　　　　　　　　　　:
　　　　Defendant(s).  :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on March 14, 2014 (Doc. 22), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 31, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, the Court **GRANTS** plaintiff's §406(b) motion for attorney fees and counsel is **AWARDED** $11,202.50 in attorney fees.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　s/Susan J. Dlott
　　　　　　　　　　　　　　　　　　　　Chief Judge Susan J. Dlott
　　　　　　　　　　　　　　　　　　　　United States District Court